RECEIVED
UNITED STATES DISTRICT COURT SDNY PRO SE OFFICE
SOUTHERN DISTRICT OF NEW YORK

2022 APR 21  AM 10: 30

FREDDIE GONZALEZ
    Petitioner

    v.

UNITED STATES OF AMERICA
    Respondent

Civil Action No.15cv8831 (VSB)(DF)

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J.  04/22/22

Petitioner shall file any objections to the Report and Recommendation on or before June 13, 2022.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Petitioner.

## MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATES REPORT AND RECOMMENDATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 6(b)(1)(A)

Now comes the petitioner, Freddie Gonzalez, pro se, respectfully requesting that this court grant him a 60 day extension to file his objections to the Magistrates Report and Recommendation concerning his Motion under 28 USC §2255. Pursuant to 28 USC § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, it sets a 14 day period to file any objections. For the following reasons, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Gonzalez moves this court to extend the deadline by 60 days.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), upon a motion, and with good cause, this court can extend this deadline to file objections. The term **"good cause"** imposes a light burden, See **McMann v. Cullinan** 2015 U.S. Dist. LEXIS 91362, 2015 (N.D. Ill 2015) the rule gives broad discretion to this court to extend a time limit. See **Rankin v.City of Niagara Falls,**293 F.R.D. 375,390,(W.D.N.Y. 2013) and the court will generally find good cause and grant an extension, unless the moving party has been negligent, lacked dilligence,acted in bad faith, or

(1)

abused the privelage of prior extensions. Gonzalez has just recieved
the Report and Recommendation on April 13th, 2022, and he now moves
this court (On April 14th, 2022) for his first extension of time.
Gonzalez is an **incarcerated pro se litigant,** he is currently confined
at FCI Schuylkill, which is still currently operating under a Covid 19
modification to it's normal operations, this limits the amount of time
that Gonzalez may access the Law Library. Gonzalez has relied on other
inmates to help him with his claims (some of which did not apparently
under all of the laws or caselaw set forth) Gonzalez himself does not
understand the law. Given the fact he received 4 Life sentences, along
with the fact he has raised numerous grounds on his 2255, an extension
is necessary to properly review the R & R, which recommends the denial
of all claims as well as a denial to issue a COA. The failure to raise
objections will bar Gonzalez to further review of those claims, and
given that AEDPA, only affords a defendant One chance to file a §2255
motion, this period to object is critical stage in the post conviction
litigation of Gonzalez's conviction and sentence.After a review of the
R & R , it is Gonzalez's wish and belief that he will be filing several
objections to the Report.

Accordingly, Gonzalez's omnibus claims in his 2255, produced a
very lengthy R & R , his status of being incarcerated, pro se, and
at a facility running on modified operations, satisfies the standard
of good cause, for an extension of time pursuant to Federal Rule of
Civil Procedure 6(b)(1)(A). At this time he request's an additional
60 days to file his objection's to the R and R, as the extension of
time is in the interest of justice, as well with regards to fundamental
fairness and fairplay.

Respectfully Submitted,

Freddie Gonzalez                                    April, 14th, 2022


## CERTIFICATE OF SERVICE

I, **Freddie Gonzalez,** do hereby certify, that I placed a copy

of this **Motion for an Extension of Time to File Objections,** in the

Prison Mailbox on April 14th, 2022. This certification is made under

28 USC §1746. In accordance with the prison mailbox rule this Motion

should be deemed filed on April 14th,2022. See Houston v Lack 487,

U.S. 266, 270(1988). The motion was mailed on April 14th, 2022 via

the institution mailbox,and U.S. postal system, postage prepaid.


## Set forth in accordance with 28 USC §1746

Freddie Gonzalez                            April 14th, 2022


(3)

To: Clerk of the Court
    U.S. District Court
    Southern District of New York

From: Freddie Gonzalez
      #03425-070
      P.O. Box 759
      FCI Schuylkill
      Minersville, Pa 17954


          RE: Case No. 15cv8831(VSB)(DF)--Report and Recommendation/Motion
              For an Extension of Time to File Objections.

Dear Clerk,

          Enclosed is a **Motion for an extension of time to file
objections to the R&R,** specifically the Magistrate set forth in her
order, that any motions for extensions of time be directed to the
**Honorable Judge Broderick,** Accordingly please direct the enclosed
motion to Judge Broderick.


Respectfully Submitted,

Freddie Gonzalz

*F. Gonzalez*                                    April 14th,2022



HARRISBURG PA  171
15 APR 2022  PM 7

RECEIVED
SDNY PRO SE OFFICE
2022 APR 21  AM 10: 31

USNMP3
SLNY

Freddie Gonzalez
#03425-070
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

LEGAL MAIL

Clerk of the Court
500 Pearl St, Rm 120
New York, NY 10007-1312

10007-131319