UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 05/24/22

Petitioner shall file any objections to the Report and Recommendation on or before August 12, 2022. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Petitioner.

FREDDIE GONZALEZ

V.

UNITED STATES OF AMERICA

Case No. S106 Cr 684
15 Civ 8831 (VSB)

## MOTION FOR A SECOND ENLARGEMENT OF TIME

Now comes the petitioner, Freddie Gonzalez, pro se, respectfully requesting a second enlargement of time to respond with his objections to the magistrates R&R. This court previously granted the extension and at that time FCI Schuylkill was under modified Covid operations in code "GREEN" as of today May 17th, 2022 the facility reverted two levels to "RED", this is a substantial change in his access to the law library, and as such he is asking the court now, instead of at a later date to enlarge the time to reply with objections by an additional 60 days, as given the rise in covid it appears a full lockdown is imminent. Given the importance of the objections, and the extensive length of the R&R, we request a 60 day extension be granted, and Gonzalez will continue to work dilligently within the bounds of the operations of the facility.

THIS MOTION SHOULD BE FORWARDED TO JUDGE BRODERICK.

Respectfully

Freddie Gonzalez
[signature]



Freddie Gonzalez
#03425-076
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

LEGAL MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. Courthouse
500 Pearl Street
New York, NY 10007

RECEIVED
MAY 20 2022
CLERK'S OFFICE
S.D.N.Y.